UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PIEDAD PENARANDA,

                              Plaintiff,                      24-CV-04323 (DEH)(SN)

       -against-                                            ORDER

XXX TRANSPORTATION LLC, et al.,

                              Defendants.

-------------------------------------------------------------X
SARAH NETBURN, United States Magistrate Judge:

      The parties were previously ordered to file a status letter by August 23, 2024. ECF No. 14. To date, no such letter has been filed. Accordingly, by September 4, 2024, the parties shall file that status letter.

SO ORDERED.

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    August 29, 2024
               New York, New York