UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PIEDAD PENARANDA,

                        Plaintiff,                    24-CV-04323 (DEH)(SN)

      -against-                                  **ORDER**

XXX TRANSPORTATION LLC, et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were ordered to file a joint letter regarding any outstanding discovery issues three days before the telephone conference scheduled for January 8, 2025, or if no disputes remained, to request that the conference be adjourned. ECF No. 23. The parties have not filed anything. The parties are directed to file a joint letter by Tuesday, January 7, 2025, describing any discovery disputes or requesting that the conference be adjourned.

SO ORDERED.

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      January 6, 2025
                 New York, New York