UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PIEDAD PENARANDA,

                            **Plaintiff,**                      24-CV-04323 (DEH)(SN)

            -against-                                      **ORDER**

XXX TRANSPORTATION LLC, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 8, 2025, the parties attended a conference to discuss ongoing discovery and related deadlines. All fact discovery shall be completed no later than Tuesday, April 15, 2025. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Tuesday, April 15, 2025. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Thursday, May 15, 2025. All expert discovery shall be completed by Monday, June 16, 2025. No further extensions shall be granted.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     January 8, 2025
               New York, New York